UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

SEAN PARKER,

    Plaintiff,

v.

MANDARICH LAW GROUP, LLP,
and LVNV FUNDING, LLC,

    Defendants.

_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on this date, Defendant LVNV Funding, LLC, by and through its undersigned counsel, hereby removes the above-captioned matter to this Court from the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida and in support thereof avers as follows:

    1.    Defendant LVNV Funding, LLC is a defendant in a civil action originally filed on or about October 2, 2020, in the County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, titled *Sean Parker v. Mandarich Law Group, LLP and LVNV Funding, LLC* and docketed to Case No. COCE-20-026852.

    2.    The undersigned counsel also represents Defendant Mandarich Law Group, LLP who consents to this removal.

    3.    This removal is timely under 28 U.S.C. § 1446(b) as Defendant LVNV Funding, LLC received service of process on October 19, 2020.

4. Pursuant to 28 U.S.C. § 1446, attached hereto are copies of all process, pleadings and orders received by Defendant LVNV Funding, LLC in the state court action.

5. The United States District Court for the Southern District of Florida, Fort Lauderdale Division has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against Defendant LVNV Funding, LLC alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

6. On this date, Defendant LVNV Funding, LLC provided notice of this Removal to counsel for Plaintiff and to the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

WHEREFORE, Defendant respectfully removes this case to the United States District Court for the Southern District of Florida, Fort Lauderdale Division.

Respectfully submitted,

**MESSER STRICKLER, LTD.**

By: /s/   John M. Marees, II
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES, II, ESQUIRE
FL Bar No. 0069879
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
*Counsel for Defendants*

Date: November 11, 2020

## CERTIFICATE OF SERVICE

I certify that on November 11, 2020, a true copy of the foregoing document was served as follows:

| *By Email and U.S. Mail, Postage Prepaid:*<br>Jibrael S. Hindi, Esq.<br>Thomas J. Patti, Esq.<br>The Law Offices of Jibrael S. Hindi<br>110 SE 6th Street, Suite 1744<br>Fort Lauderdale, FL 33301<br>jibrael@jibraellaw.com<br>tom@jibraellaw.com<br>*Counsel for Plaintiff* | *By Electronic Filing*<br>Broward County Courthouse<br>201 S.E. 6th Street<br>Ft. Lauderdale, FL 33301 |

**MESSER STRICKLER, LTD.**

By: /s/     John M. Marees, II
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES, II, ESQUIRE
FL Bar No. 0069879
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
*Counsel for Defendants*

Date: November 11, 2020