UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-62285-SINGHAL

**SEAN PARKER,**

        **Plaintiff,**
  v.

**MANDARICH LAW GROUP, LLP, and
LVNV FUNDING, LLC,**

        **Defendants.**
_____/

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND

Defendants Mandarich Law Group, LLP and LVNV Funding, LLC, by and through their undersigned counsel, respectfully submit that they do not oppose Plaintiff's Motion to Remand (D.E. 7) considering the representations contained within the Motion that "…Plaintiff himself did not suffer any *actual* damages as a result of the alleged violations, and as a result, Plaintiff sought only statutory damages in addition to attorneys [sic] fees and cost."

        Respectfully submitted,

        **MESSER STRICKLER, LTD.**

By:   */s/ John M. Marees, II*
     LAUREN M. BURNETTE, ESQUIRE
     FL Bar No. 0120079
     JOHN M. MAREES, II, ESQUIRE
     FL Bar No. 0069879
     12276 San Jose Blvd.
     Suite 718
     Jacksonville, FL 32223
     (904) 527-1172
     (904) 683-7353 (fax)
     lburnette@messerstrickler.com
     jmarees@messerstrickler.com
     *Counsel for Defendants*

Dated: December 16, 2020

## CERTIFICATE OF SERVICE

I certify that on December 16, 2020, a true copy of the foregoing document was served as follows:

*Via CM/ECF*
Jibrael Hindi, Esq.
Thomas Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, 17th Floor
Ft. Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com
*Attorneys for Plaintiffs*

                            **MESSER STRICKLER, LTD.**

By:    */s/ John M. Marees, II*
        LAUREN M. BURNETTE, ESQUIRE
        FL Bar No. 0120079
        JOHN M. MAREES, II, ESQUIRE
        FL Bar No. 0069879
        12276 San Jose Blvd.
        Suite 718
        Jacksonville, FL 32223
        (904) 527-1172
        (904) 683-7353 (fax)
        lburnette@messerstrickler.com
        jmarees@messerstrickler.com
        *Counsel for Defendants*

Dated: December 16, 2020